**Order entered January 23, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01021-CV**

**CAPROCQ CORE REAL ESTATE FUND, LP, AND CAPROCQ CORE REAL ESTATE FUND II, LP, Appellants**

**V.**

**ESSA K. ALLEY REVOCABLE TRUST NO. 2, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-05539-E**

**ORDER**

Before the Court is appellants' January 20, 2023 unopposed motion for extension of time to file their brief. Appellants seek a seven-day extension from the date a supplemental clerk's record they requested on January 18, 2023 is filed.

We **GRANT** the motion. We **ORDER** Dallas County Clerk John F. Warren to file the requested supplemental clerk's record no later than February 3, 2023 and **ORDER** appellants to file their brief within seven days of the filing of the supplemental record.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren and the parties.

/s/    BONNIE LEE GOLDSTEIN
          JUSTICE